IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TABITHA BUNGE-SHUMAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:24-cv-406-ECM |
| ) | [WO] |
| DOTHAN LANDMARKS ) | |
| FOUNDATION, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION and ORDER**

On December 2, 2024, the Magistrate Judge entered a Recommendation (doc. 19) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 19) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 8) is GRANTED;

3. This case is DISMISSED with prejudice.

A separate Final Judgement will be entered.

DONE this 14th day of January, 2025.

                                      /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE